UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT J. BURAN, as parent and next friend of EB,<br><br>Plaintiff,<br><br>v.<br><br>LISA RIGGS, in her official and individual capacity, et al.,<br><br>Defendants. | Case No. 3:13-cv-00272-MMD-VPC<br><br>ORDER |

The Court refers Plaintiff to the Ask-A-Lawyer program to seek assistance from volunteer lawyers who may be able to assist Plaintiff in securing legal representation. (The attached contains information about the program.) The program is scheduled for August 13, 2014. Plaintiff is ordered to file a status report with the Court by September 30, 2014, to provide an update on his efforts to obtain legal representation.

DATED THIS 23rd day of July 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

# FEDERAL COURT

# ASK-A-LAWYER PROGRAM

Washoe Legal Services has volunteer attorneys available for 30-minute consultations with unrepresented individuals with open cases in Federal Court or those individuals contemplating filing a case in Federal Court.

## WEDNESDAY, August 13, 2014
## 2:00 p.m. – 5:00 p.m.

ADVANCE REGISTRATION IS REQUIRED. NO WALK-INs.

CALL HEIDI MEEK @ 775-785-5729 TO REGISTER
(MUST REGISTER BY FRIDAY, AUGUST 8TH )

YOU MUST REGISTER AND RECEIVE A CONFIRMATION NUMBER TO BE SEEN

You will be given location information and an appointment time when you register

Space is limited to 12 people and will be offered on a first-call, first-come basis. No children allowed.

