UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT J. BURAN, as parent and next friend of EB,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>LISA RIGGS, in her official and individual capacity, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-cv-00272-MMD-VPC<br><br>ORDER |

　　　　This Court entered an Order granting Defendants' Motion to Dismiss, dismissing this action without prejudice, and granting Plaintiff sixty (60) days leave to secure legal representation and file an amended complaint. (Dkt. no. 22.) That time period has since elapsed and Plaintiff's father has filed an affidavit indicating that Plaintiff has been unable to secure counsel and that Plaintiff will not be attempting to secure counsel for the time being. (Dkt. no. 31.) Therefore, consistent with this Court's Order (dkt. no. 22), this action remains dismissed without prejudice and the relevant statutes of limitations will be tolled and will not accrue until EB becomes an emancipated minor or reaches eighteen (18) years of age. The Clerk is directed to close this case.

　　　　DATED THIS 31st day of December 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE